**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7689**

_____

GREGORY OLIVER,

Plaintiff - Appellant,

versus

THOMAS J. ERVIN, Judge; GEORGE DUCWORTH,
Solicitor; CARL ANDERSON, Magistrate; HARVEY
E. BLACK, Deputy; MICHAEL F. EPPS, Deputy,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Dennis W. Shedd, District Judge.
(CA-97-2264-2-19AJ)

_____

Submitted:  March 12, 1998          Decided:  March 26, 1998

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Oliver, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Oliver v. Ervin</u>, No. CA-97-2264-2-19AJ (D.S.C. Nov. 5, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2